Michael K. Friedland (SBN 157,217)
mfriedland@kmob.com
Paul N. Conover (SBN 192,358)
pconover@kmob.com
Lauren Keller Katzenellenbogen (223,370)
lkeller@kmob.com
Ali S. Razai (SBN 246,922)
ali.razai@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff Oakley, Inc.

JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OAKLEY, INC., a Washington corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>GREAT L&H TRADING, INC., a New York Corporation,<br><br>        Defendant. | Case No. SACV 12-551-JVS (ANx)<br><br>**PARTIAL FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 54(b)** |

The Court having considered Plaintiff Oakley, Inc.'s ("Oakley") Motion for Entry of Default Judgment against Defendant Great L&H Trading, Inc., ("Defendant"), and the arguments and materials submitted thereupon and for good cause shown, hereby **GRANTS** Oakley's Motion.

It is hereby **ORDERED** and **ADJUDGED** that:

1. The Court finds that there is no just reason for delay and enters Partial Final Judgment under Fed. R. Civ. P. 54(b) in favor of Oakley and against Defendant on all claims of patent infringement in Oakley's Complaint;

2. Defendant shall pay to Oakley the total profits from Defendant's sales of its *CL030J*, *CL057*, *CL071*, *CL093*, *CL008*, *CL058*, *CL003* eyewear models in the amount of $2,774.00 pursuant to 35 U.S.C. § 289;

3. This Court retains jurisdiction over this matter to consider the issue of injunctive relief and to make any further Orders necessary or proper for the construction of this Judgment, the enforcement thereof and the punishment of any violations thereof;

4. After the Court has entered this Judgment, Oakley shall promptly serve a copy of it on Defendant, and Oakley shall file with the Court a proof of service thereof within 10 days thereafter.

This constitutes a final judgment under Rule 54(b) for purposes of appeal.

**IT IS SO ORDERED.**

Dated: November 16, 2012

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

14271671